Emergency Essentials v. Amazon
Complaint Exhibits

**EXHIBIT S**

**Cease & Desist Dated August 2010**

**BATEMAN IP LAW GROUP**
A Professional Corporation

August 13, 2010

Via Facsimile (206) 266-7010 and U.S. Mail

Amazon.com Legal Department
P.O. Box 81226
Seattle, WA 98108-1226

Re:  *Emergency Essentials / Amazon.com*
     Our File No. 4575.EMER.MS

Dear Sir or Ma'am:

We represent Emergency Essentials, Inc. with respect to certain intellectual property matters. Emergency Essentials has been operating for more than 20 years selling food storage and other emergency supplies. Emergency Essentials has spent substantial amounts of money in developing goodwill in its marks and has a large number of U.S. Trademark Registrations, including Registration Nos. 3,665,475; 3,659,764, 3,582,153; 3,582,152; 3,574,562; 3,571,179; 3,571,178; 3,571,177; 3,571,176; 3,571,175; 3,571,174; 3,571,173; 3,571,172; 3,568,952; 3,568,951; 3,439,473 for the mark EMERGENCY ESSENTIALS.

Emergency Essentials has had a good working relationship with amazon.com and uses your company to sell a wide variety of products. However, recently it has come to our attention that the EMERGENCY ESSENTIALS trademark is being used on amazon.com in association with goods which are not produced or sold by our client. Attached is a screenshot from GOOGLE which shows use of EMERGECY ESSENTIALS as part of a tag line and shows use in the address www.amazon.com/Emergency Essentials/. . ./R1LI7XEJ3OBB1. The web page offers competing products to those sold by Emergency Essentials, Inc.

Randall B. Bateman †
Perry S. Clegg ‡
Brett H. Peterson
Benjamin J. Holt
C. Todd Kinard

---

Roane T. Noel
Sarah W. Matthews
Timothy G. Cluff
(Registered Patent Agents)

†Also admitted in Idaho
‡Also admitted in NY & DC

Mailing Address
Post Office Box 1319
Salt Lake City, Utah 84110

Salt Lake Office
8 East Broadway, Suite 550
Salt Lake City, Utah

Utah County Office
1329 So. 800 East, Suite 24
Orem, Utah

Tel. (801) 533-0320
Fax. (801) 533-0323

www.batemanip.com

Please make sure that the term Emergency Essentials is only use with products which are produced or sold by Emergency Essentials, Inc. If If you have any questions, please do not hesitate to contact us.

Very truly yours,

BATEMAN IP LAW GROUP

Randall B. Bateman

RBB/cb

Cc: Emergency Essentials, Inc.

Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼         Web History | Search settings | Sign in



"Emergency Essentials"     Search

About 32,900 results (0.20 seconds)           Advanced search

**Everything**
Shopping
More

All results
Fewer shopping sites
More shopping sites

More search tools

Sponsored link

**Emergency Essentials Site**
www.BePrepared.com    Helping People Prepare for 20 Years Great Deals and Fast Shipping!

**Emergency Essentials - Be Prepared Emergency Preparedness Food Storage**
Beprepared.com offers food storage, MRE (Meals Ready to Eat), Emergency Kit, Freeze-Dried Food, Dehydrated Food, and other food storage items and disaster ...
beprepared.com/ - Cached - Similar

Closeout and Overstock Specials
Water Storage and Water Filtration
Freeze Dried Foods Superpails

MRE's (Meals-Ready-to-Eat)
Contact Us
Preparedness Education
Dehydrated Food

More results from beprepared.com »

**- Emergency Essentials**
Emergency preparedness information on various preparedness topics is available in our insight articles. Emergency Preparedness topics that are covered ...
beprepared.com/article.asp_Q_ai_E_6_A_c2a_E_In_A_name_E_InsightArticles - Cached - Similar

**Emergency Essentials Guide**
Information and tips to protect yourself and your family.
theemergencyguide.com/ - Cached - Similar

**Preparedness Pantry - Food Storage, Emergency Preparedness ...**
We have a tremendous offer this month from Emergency Essentials. .... So what does this have to do with Emergency Essentials and Food Storage? ...
preparednesspantry.blogspot.com/ - Cached - Similar

**Emergency Essentials® | Facebook**
Welcome to a Facebook Page about Emergency Essentials®. Join Facebook to start connecting with Emergency Essentials®.
www.facebook.com/.../Emergency-EssentialsR /94074173866 - Cached - Similar

**Amazon.com: Emergency Essentials**
This is the most basic of the basic items you need. It is a very good start and sometime in the future, I will expand to an intermediate level list.
www.amazon.com/Emergency-Essentials /.../R1LI7XEJ3YOBB1 - Cached - Similar

**Additional Emergency Supplies - Long List, Best Prices**
Additional items to add to your emergency essentials. ... Go to Additional Emergency Essentials · Go to AquaRain Gravity Water Filters ...
www.internet-grocer.net/addlprds.htm - Cached - Similar

Sponsored links

**Emergency Food Supply**
SALE - Emergency Food Storage, MRE's & Freeze Dried Food Storage!
www.TheReadyStore.com/EmergencyFood

**Emergency Storage Food**
Emergency Storage Food:
Low prices. Highest quality!
PleasantHillGrain.com

**Emergency Supplies**
Emergency Supplies for your Home, School, and Business. Order Online
www.iprepare.com/survival-kits.html

**Emergency Food Supply**
Freeze-Dried Foods. 30yr Shelf-Life
Free Shipping. Save up to 30% off!
www.nitro-pak.com/Emergency-Food

**American Silver Eagles**
All Dates Bulk Pricing Any Quantity
We DARE you to COMPARE our Pricing!
www.ProvidentMetals.com

**Ladakh Emergency**
Join Save The Children's Effort For
Relief In Leh-Ladakh. Donate Now!
SaveTheChildren.in

**Buy Ready To Eat Meals**
Our MRE Products Offer Quality & Support A Great Cause. Buy Online!
www.EvansvilleARC.org

**High Protein Powder Mix**
7 Year Shelf-Life
Tasteless, Sugar Free, High Fiber
www.MotherSoy.com/survival-food/

See your ad here »