Emergency Essentials v. Amazon
Complaint Exhibits

**EXHIBIT T**

**Screenshot of Amazon.com in September 2013**




**Department**
‹ Sports & Outdoors
   Emergency Essentials
   Cycling (1)
   Exercise & Fitness (1)
   Golf (1)
   Hunting & Fishing (51)
   Outdoor Recreation (409)
   Accessories (13)

**Shipping Option** (What's this?)
   Free Super Saver Shipping (299)

**Featured Brands**
   ☐ SE (1)
   ☐ Vestergaard-Frandsen (1)
   ☐ Potable Aqua (2)
   ☐ Intex (7)
   ☐ Zippo (5)
   ☐ Victorinox (151)
   ☐ Insta-Bed (1)
   › See more...

**Avg. Customer Review**
   ★★★★ & Up (360)
   ★★★ & Up (405)
   ★★ & Up (414)
   ★ & Up (418)

**International Shipping**
(What's this?)
   ☐ AmazonGlobal Eligible (202)

**Condition**
   New (459)
   Used (144)
   Refurbished (3)
   Collectible (2)

## Emergency Essentials

Find **Lights & Lighting**, **Water Filtration**, **Portable Stoves**, **Freeze-dried Food**, **Safety & Survival Kits**, and more





### Shop By Category





