**Exhibit X**

**Screenshots of Amazon.com's Search Results
for Emergency Essentials in March 2014**

Amazon.com: EMERGENCY ESSENTIALS





Your Amazon.com   Today's Deals   Gift Cards   Sell   Help

**Shop by Department**   Search   All   

Hello. Sign in Your Account   Try Prime   **0** Cart   Wish List

### Departments
**Home & Kitchen**
 Candles

**Sports & Outdoors**
 Camping Lights & Lanterns
 Camping Freeze-Dried Food
 + See more...

**Tools & Home Improvement**
 Emergency Survival Kits
 Wrenches

**Patio, Lawn & Garden**
 Rain Barrels

+ See All 32 Departments

### Eligible for Free Shipping
 Free Shipping by Amazon

### Brand
☐ Emergency Essentials
☐ Mountain House
☐ VAS First Response
☐ Ultimate Survival Technologies
☐ eGear Survival Essentials
☐ Legacy Premium Food Storage
☐ Guardian
☐ Lifeline
☐ The Friendly Swede
☐ Wise Company
☐ Essential Gear
☐ The First Years
☐ UST
☐ WeatherRite
☐ Adventure Medical Kits

### Avg. Customer Review
★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★☆☆☆☆ & Up

### International Shipping
☐ AmazonGlobal Eligible

### Condition
 New
 Used



Fire Starter for Camping, Grilling, Emergency Prep
Shop now ▶


Advertisement

**"EMERGENCY ESSENTIALS"**
Related Searches: emergency essentials food.

Showing 1 - 16 of 61,055 Results         Choose a Department ▼ to enable sorting

**Amazon's Emergency Essentials Store**


Emergency Essentials


Candles


Home & Kitchen


Camping Freeze-Dried Food


Sports & Outdoors



**100 Hour Plus Emergency Candle, Clear Mist - Set of 6 Survival Candles**
**$25.90**
In stock. Usually ships within 4 to 5 days.
More Buying Choices
**$25.90** new (2 offers)

★★★★☆ ▼ (50)
**Sports & Outdoors:** See all 1,382 items



**100 Hour Plus Emergency Candle Clear Mist** by Emergency Essentials
**$7.59** ✓Prime
Order in the next **3 hours** and get it by **Wednesday, Mar 5**.
More Buying Choices
**$4.95** new (16 offers)

★★★★☆ ▼ (159)
FREE Shipping on orders over $35
**Home & Kitchen:** See all 171 items



**Mountain House Just In Case - Essential Assortment Bucket (12 Pouches)** by Mountain House (Nov 11, 2012)
<s>$79.99</s> **$59.99** ✓Prime
Order in the next **16 minutes** and get it by **Wednesday, Mar 5**.
More Buying Choices
**$56.85** new (16 offers)

★★★★☆ ▼ (93)
FREE Shipping
**Sports & Outdoors:** See all 1,382 items





**100 Hour Plus Emergency Candles, Clear Mist - SET OF 3 Long-Burning Survival Candles** by Emergency Essentials
**$24.64** ✓Prime
Order in the next **3 hours** and get it by **Wednesday, Mar 5**.

★★★★☆ ▼ (62)
FREE Shipping on orders over $35 and


Advertisement



More Buying Choices
**$17.84** new (5 offers)

6 more promotions ▼
**Product Features**
Set of three *emergency* candles - each lasts over 100 hours!

**Home & Kitchen:** See all 171 items

---



**Lifeline 29-Piece Essential Survival Can** by Lifeline (Apr 8, 2011)
~~$19.99~~ **$10.99**
★★★★☆ (7)
More Buying Choices
**$7.99** new (7 offers)
**Tools & Home Improvement:** See all 577 items

---



**Magnesium Fire Starter - 3-pack with Extra Long Chains and Strikers - Light Weight and Pocket Size - for Hiking...** by The Friendly Swede
~~$26.99~~ **$13.99** ✓Prime
Order in the next **3 hours** and get it by Wednesday, Mar 5.
★★★★★ (139)
FREE Shipping on orders over $35 and
4 more promotions ▼
**Sports & Outdoors:** See all 1,382 items

---



**Emergency Essentials: Tips for Preparedness** by Larry Barkdull and Emergency Essentials (Aug 2003)
~~$19.99~~ **$17.67** Paperback ✓Prime
Order in the next **23 hours** and get it by Thursday, Mar 6.
Only 2 left in stock - order soon.
**$10.99** Kindle Edition
Auto-delivered wirelessly
More Buying Choices - Paperback
**$7.00** new (14 offers)
**$0.65** used (22 offers)
★★★★☆ (4)
FREE Shipping on orders over $35
**Books:** See all 3,208 items

---



**Medis Fuel Cell Xtreme Emergency Kit (Black)** by Medis Technologies
~~$49.99~~ **$29.99** ✓Prime
Order in the next **23 hours** and get it by Thursday, Mar 6.
Only 1 left in stock - order soon.
★☆☆☆☆ (1)
FREE Shipping on orders over $35
**Product Features**
... may not help when it's time to power up the *emergency essential* ...
**Electronics:** See all 18,266 items

---



**Emergency EssentialsTM Extra Large Backpack** by Emergency Essentials
**$14.95**
★★★★★ (7)
**Product Features**
*emergency-essentials*-extra-large-backpack
**Everything Else:** See all 595 items

---



**AAA 70 Piece Explorer Road Assistance Kit** by AAA (Nov 15, 2004)
~~$49.99~~ **$35.59** ✓Prime
★★★★½ (77)



| | |
|---|---|
| Order in the next **1 hour** and get it by Wednesday, Mar 5. | FREE Shipping |
| | **Product Features** |
| More Buying Choices | *Emergency* whistle |
| **$35.59** new (13 offers) | **Health & Personal Care:** See all 345 items |



**AAA 42 Piece Emergency Road Assistance Kit** by AAA (Nov 15, 2004)

$25.99 **$21.99** ✓Prime          ★★★★½ ▾ (52)
Order in the next **3 hours** and get it by      FREE Shipping on orders over $35
Wednesday, Mar 5.
                                                 **Automotive:** See all 17,700 items
More Buying Choices
**$21.55** new (7 offers)



**Mountain House #10 Freeze-Dried Foods** by Mountain House

**$13.88 - $65.58** ✓Prime          ★★★★½ ▾ (80)
More Buying Choices                              FREE Shipping on orders over $35
**$16.36** new (22 offers)                       Some options are Prime eligible
                                                 **Sports & Outdoors:** See all 1,382 items



**Emergency Essentials Medium Backpack** by Emergency Essentials

**$7.95**                                        ★★★★★ ▾ (5)
                                                 **Clothing & Accessories:** See all 24 items



**Organic Heirloom Survival Seed Bank - 100 VARIETIES - Non GMO - Non Hybrid - ALL IN ONE: Vegetables - Fruits - ...**

$139.99 **$59.99** ✓Prime           ★★★★★ ▾ (26)
Order in the next **23 hours** and get it by    FREE Shipping
Thursday, Mar 6.
Only 4 left in stock - order soon.              **Patio, Lawn & Garden:** See all 75 items

More Buying Choices
**$56.99** used (1 offer)



**Gerber 31-000752 Bear Grylls Survival Series, Folding Sheath Knife** by Gerber

$42.50 **$18.65** ✓Prime            ★★★★½ ▾ (400)
Order in the next **3 hours** and get it by     **#1 Best Seller** in Folding Hunting Knives
Wednesday, Mar 5.
                                                FREE Shipping on orders over $35
More Buying Choices
**$18.45** new (160 offers)                     **Industrial & Scientific:** See all 227 items

❮ Previous Page     **1**  2  3  ... 20     Next Page ❯

**Sponsored Links**

1. **Emergency Essentials®**     Helping You Prepare for 25 Years. Price and Satisfaction Guaranteed!   www.beprepared.com/

Amazon.com: EMERGENCY ESSENTIALS

2. **Emergency Food Kit**  Low price **emergency** food storage Non-GMO & Free Shipping!   www.mypatriotsupply.com/

3. **Best Emergency Food**  Lowest Price Per Meal, Best Tasting Protect Your Family, Be Ready   buy**emergency**foods.com/**Emergency**Food

4. **25 Year Food Storage**  Tasty gourmet meals. Compare price. Free Shipping, Low price guarantee.   www.maxlifefoods.com/

5. **Legacy Emergency Food**  **Emergency** Food Supply Kits 72 Hour & 2 Week Freeze Dried Meals   www.rcwilley.com/Legacy-Bug-Out-Food

6. **Buy Wise Food Supply**  25 Year Shelf Life, 40% Off The Competitors. Free Shipping. Buy Now   www.wisefoodsupply.com/Wise-Foods

See a problem with these advertisements? Let us know

### Search Feedback
Did you find what you were looking for? [Yes] [No]

If you need help or have a question for Customer Service, please visit the Help Section.



Advertisement

Search powered by A9

### Get to Know Us
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

### Make Money with Us
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

### Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

### Let Us Help You
Your Account
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Kindle
Help

**AMAZON.COM**

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | AmazonFresh<br>Groceries & More<br>Right To Your Door | Amazon Local<br>Great Local Deals<br>in Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands |
| Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2014, Amazon.com, Inc. or its affiliates